In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the NATIONAL SURETY COMPANY; KENLON COAL COMPANY, INC., Appellant.

(Argued February 26, 1934; decided March 20, 1934.)

*Myron J. Kleban* and *Julian Bernstein* for appellant.

*Hartwell Cabell* and *Edward F. Keenan* for Superintendent of Insurance, respondent.

*Joseph M. Hartfield* and *Wendel P. Barker* for National Surety Corporation, respondent.

*Charles A. Roberts* for Reconstruction Finance Corporation, intervening respondent.

*Harry H. Oshrin,* as *amicus curiœ.*

*Humphrey J. Lynch* and *Monroe J. Cahn* for **T.** Darrington Semple, as limited administrator with the will annexed *de bonis non* of Isobel K. Cooper, deceased, *amicus curiœ.*

Order affirmed, without costs, on the authority of *Matter of People (Title & Mortgage Guarantee Co. of Buffalo)* (264 N. Y. 69), and questions certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.